EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2026 TSPR 89 |
| Juan Carlos Nazario Torres | 218 DPR ___ |

Número del Caso: TS-9,735

Fecha: 11 de agosto de 2026

Representante legal del peticionario:

Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA ESPECIAL DE VERANO

Ex Parte:

Juan Carlos Nazario Torres

TS-9,735

Sala Especial de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de agosto de 2026.

Evaluada la *Moción en cumplimiento de Orden*, se readmite al Sr. Juan Carlos Nazario Torres a la práctica de la abogacía.

Se ordena a la Secretaría del Tribunal a que registre el cambio de estatus del licenciado Nazario Torres a abogado activo en el Registro Único de Abogado y Abogadas (RUA).

Se ordena al compareciente a que actualice su información de contacto en el RUA.

Por último, se apercibe al licenciado Nazario Torres a que en el futuro deberá dar fiel cumplimiento a los requisitos del Programa de Educación Jurídica Continua.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo